IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-3398

HEATHER JOHNSON,

    Plaintiff,

v.

PEAK VISTA COMMUNITY HEALTH CENTERS,

    Defendant.

---

## NOTICE OF REMOVAL

Defendant Peak Vista Community Health Centers ("Defendant"), by and through counsel, Matthew J. Hegarty, Esq. and Danyelle Semjonovs, Esq., of Hall & Evans, L.L.C., hereby gives Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Fed.R.Civ.P. 81(c), and D.C.COLO.LCivR 81.1, stating in support as follows:

1

## PROCEDURAL BACKGROUND

1. This matter currently is pending in the District Court for the County of El Paso, State of Colorado, Case Number 24-CV-000475. [*See generally* Complaint and Case Civil Cover Sheet, attached as **Ex. A**].

2. The Complaint of Heather Johnson (aka Heather Foster) ("Plaintiff") alleges Defendant discriminated and retaliated against her in violation of Title VII of the Civil Rights Act of 1964, as amended. [*See generally* **Ex. A**, at 1 (Compl. at 1) incorporating by reference her EEOC Charge ("original complaint filed with the EEOC in October of 2022"); *see also* EEOC Charge, attached as **Ex. B**, claiming Defendant violated Title VII].

3. Defendant first received notice of the Complaint on or about November 15, 2024.

4. As such, Defendant's Notice of Removal to this Court fairly can be said to be due on December 15, 2024, rendering this Notice of Removal timely.

5. Upon inquiry by undersigned counsel for Defendant, no further state court proceedings have occurred or presently are scheduled in this matter.

## FEDERAL QUESTION JURISDICTION EXISTS

6. Defendant, as the removing party, bears the burden to show a basis for this Court's subject matter jurisdiction exists to remove this case.

7. Plaintiff asserts at least one claim on the basis of federal law, namely a cause of action for alleged violation of 42 U.S.C. §§ 2000e *et seq.* [*See* **Ex. B** at 2]. Based on the "well-pleaded complaint" rule, the presence of this claim on the Complaint's face is sufficient to invoke the jurisdiction of this Court. *E.g.*, **Yellow Freight Sys. v. Donnelly**,

2

494 U.S. 820, 826 (federal courts have original jurisdiction over Title VII claims, while state courts have concurrent jurisdiction); ***Verlinden B.V. v. Cent. Bank of Nigeria***, 461 U.S. 480, 494 (1983) ("the federal question must appear on the face of a well-pleaded complaint and may not enter in anticipation of a defense"); ***Cheney v. Studstrup***, 32 F. Supp. 2d 1278, 1280 & n.1 (D. Utah 1998) ("Indeed the case law confirms that concurrent jurisdiction alone is insufficient to warrant remand.") (collecting cases); ***Keil v. CIGNA***, 978 F. Supp. 1365, 1368 (D. Colo. 1997) (when case has federal claims over which federal court has original jurisdiction, "the fact that state courts may have concurrent jurisdiction does not change this result so as to require remand to the state court").

8. Plaintiff does not plead a violation of any state law claims. If she had, such claims arise out of the same nucleus of operative fact as the Title VII claim and therefore "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution", such that the Court has supplemental jurisdiction over those claims pursuant to 28 U.S.C. § 1367(a). *E.g.*, ***Bd. of Cnty. Comm'rs v. Suncor Energy (U.S.A.) Inc.***, 25 F.4th 1238, 1254 (10th Cir. 2022) ("A defendant can remove an action provided at least one claim falls within original federal jurisdiction.").

9. Although Plaintiff's residence is irrelevant, Plaintiff represents she resides within the State of Colorado. [*See* **Ex. A**, at 1].

10. Pursuant to 28 U.S.C. § 1446(b), Fed. R. Civ. P. 81(c), and D.C.COLO.LCivR 81.1, the current docket of the El Paso County District Court in state case number 24-CV-445 is attached along with a copy of all non-sealed process, pleadings, and orders that

were served upon Defendants by Plaintiff or that are on file with the El Paso County District Court. [*See* El Paso Cnty. Dist. Court docket and non-sealed file documents docketed with the Court as of the filing of this Notice of Removal, attached as **Ex. C**].

11. In relation to whether all Defendants have consented, Defendant affirms it is the only defendant identified on the civil summons.

12. Hence, the Court has removal jurisdiction over this case. *See* 28 U.S.C. § 1441(a).

13. By filing this Notice of Removal, Defendants do not waive any available defenses or affirmative defenses.

14. Defendants have complied with the requirements of 28 U.S.C. §§ 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.COLO.LCivR 81.1.

## **CONCLUSION**

15. Again, the ground for removal of this matter is jurisdiction on the basis of a federal question, pursuant to 28 U.S.C. § 1331.

16. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the El Paso County District Court, and Plaintiff is being served with a copy of this Notice of Removal. [*See* Notice of Filing of Notice of Removal, attached as **Ex. D**].

WHEREFORE, Defendant Peak Vista Community Health Centers respectfully requests: the removal of this case from the District Court for El Paso County, Colorado to this Court; that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action; and that Defendant be afforded such other and further relief as this Court deems just and proper.

Dated and respectfully submitted this 6th day of December, 2024.

*s/ Danyelle Semjonovs        .*
Danyelle Semjonovs, Esq.
Matthew J. Hegarty, Esq.
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202-2052
T: 303-628-3300
semjonovsd@hallevans.com
hegartym@hallevans.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on December 6, 2024, I: filed a true and correct copy of the foregoing **NOTICE OF REMOVAL** with the Clerk of Court via the CM/ECF system; emailed a true and correct copy of the same to newcases@cod.uscourts.gov; and served a true and correct copy of the same via email upon the Plaintiff who appears pro se:

Heather Johnson
6315 Dewsbury Dr.
Colorado Springs, CO 80918
(719) 437-4054
Mbahmjohnson95@gmail.com
***Pro Se Plaintiff***

Courtesy Copy:
Clerk of the District Court   (E-Filed)
El Paso County, State of Colorado

*s/ Vickie Ray            .*
Vickie Ray, Legal Assistant
Hall & Evans, L.L.C.

6