24CV475

El Paso County District Court

270 South Tejon

Colorado Springs, CO 80903

EXHIBIT A

FILED IN THE DISTRICT AND COUNTY COURTS OF EL PASO COUNTY, COLORADO
DATE FILED: November 13, 2024 4:29 PM
CASE NUMBER: 2024CV475
N NOV 13 2024
SHERI KING
CLERK OF COURT

November 13, 2024

Heather Johnson

6315 Dewsbury Drive

Colorado Springs, CO 80918

Case #:

# Civil Complaint

Cause of Action

I am suing Peak Vista Community Health Centers, address 3205 N Academy Blvd, STE 100 Colorado Springs, CO 80917, for discrimination and defamation.

An original complaint was filed with the EEOC in October of 2022. A second complaint was filed due to retaliation. The plaintiff, Heather Johnson, was issued a 90-day Right to Sue on August 21 and 28, 2024, respectively.

While employed with Peak Vista Community Health Centers, the company underwent a change in leadership and an organizational restructuring in 2022. During that time, my position was Manager of Ambulatory Clinical Operations.

My original complaint filed with the EEOC included discrimination. I was not afforded the same opportunity as a Caucasian male co-worker, with a similar educational background.

The second complaint was retaliation. I have applied for over 200 jobs in Colorado Springs, Denver, and Pueblo and have been unable to secure a job. I have an MBA and possess enough education and experience to secure a job. While Peak Vista Community Health Centers (PVCHC) stated they have not provided negative information regarding my time with them, my situation proves otherwise.

I am suing for two and a half years' salary; at the salary I was earning before my position was eliminated. That was $45,000/year. That total is $112,500. At the very least, that is what I would have made had PVCHC not retaliated against me because of the original complaint I filed with the EEOC. I am asking for three times the amount of $112,500 in punitive damages, which is allowable in the State of Colorado. That total is $337,500.

☐ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

| | |
|---|---|
| District Court EL PASO County, Colorado<br>Court Address:<br>270 S. Tejon Street Colorado Springs, CO 80903<br><br>Plaintiff(s): Heather Johnson<br>v.<br>Defendant(s): Peak Vista Community Health Centers | DATE FILED November 13, 2024 4:32 PM<br>CASE NUMBER: 2024CV475<br>FILED IN THE DISTRICT AND COUNTY COURTS OF EL PASO COUNTY, COLORADO<br>NOV 13 2024<br>N<br>SHERI KING<br>CLERK OF COURT<br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Heather Johnson<br>6315 Dewsbury Drive Colorado Springs, CO 80918<br>Phone Number: (719) 437-4054 E-mail: mbahmjohnson95@gmail.com<br>FAX Number: Atty. Reg. #: | Case Number:<br>24CV475<br>Div 8 |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

☒ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

**Date:** 11/13/2024 ____________________

**Signature of Party**

**Date:** ______________ ____________________

**Signature of Attorney for Party (if any)**________

**NOTICE**

This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.