EXHIBIT C

# <u>EXHIBIT C TO NOTICE OF REMOVAL</u>

**El Paso Cnty. Dist. Court Case No. 2024-CV-000475 | docket and non-sealed file documents docketed with the Court as of the filing of this Notice of Removal**



24CV475

El Paso County District Court

270 South Tejon

Colorado Springs, CO 80903

FILED IN THE DISTRICT AND
DATE FILED
EL PASO COUNTY, COLORADO
November 13, 2024 4:29 PM
CASE NUMBER: 2024CV475

N    NOV 1 3 2024

SHERI KING
CLERK OF COURT

November 13, 2024

Heather Johnson

6315 Dewsbury Drive

Colorado Springs, CO 80918

Case #:

## Civil Complaint

<u>Cause of Action</u>

I am suing Peak Vista Community Health Centers, address 3205 N Academy Blvd, STE 100  Colorado Springs, CO 80917, for discrimination and defamation.

An original complaint was filed with the EEOC in October of 2022. A second complaint was filed due to retaliation. The plaintiff, Heather Johnson, was issued a 90-day Right to Sue on August 21 and 28, 2024, respectively.

While employed with Peak Vista Community Health Centers, the company underwent a change in leadership and an organizational restructuring in 2022. During that time, my position was Manager of Ambulatory Clinical Operations.

My original complaint filed with the EEOC included discrimination. I was not afforded the same opportunity as a Caucasian male co-worker, with a similar educational background.

The second complaint was retaliation. I have applied for over 200 jobs in Colorado Springs, Denver, and Pueblo and have been unable to secure a job. I have an MBA and possess enough education and experience to secure a job. While Peak Vista Community Health Centers (PVCHC) stated they have not provided negative information regarding my time with them, my situation proves otherwise.

I am suing for two and a half years' salary; at the salary I was earning before my position was eliminated. That was $45,000/year. That total is $112,500. At the very least, that is what I would have made had PVCHC not retaliated against me because of the original complaint I filed with the EEOC. I am asking for three times the amount of $112,500 in punitive damages, which is allowable in the State of Colorado. That total is $337,500.

Exhibit 1

24 CV 475

June 15, 2023

Matthew Nitta
U.S. Equal Opportunity Commission
Denver District Office
950 17th St., Suite 300
Denver. CO 80202
Matthew.Nitta@eeoc.gov

DATE FILED
November 13, 2024 4:30 PM
CASE NUMBER: 2024CV475

RE: Peak Vista Community Health Centers Position Statement
EEOC Charge: 541-2023-00136

Mr. Nitta,

I would like to start by thanking all parties involved for taking the time to respond. Below you will find my rebuttal.

Rebuttal to Position Statement

On more than one occasion, I reached out to Suzan Wolskie regarding various concerns I had after being prompted to do so by my manager at the time, LaShanda Moore. Not only was Ms. Wolskie dismissive of my inquiries, but she also refused to explain why I was receiving the answers she was giving. Regarding the 4% raise that was given to non-exempt employees, she told me that my new position as Care Manager was my raise and that I was considered a "below meets" employee, therefore my pay was below the posted salary range. When I politely disagreed with her, she told me she had "nothing more to say regarding this matter, do you understand" Not only was I denied the raise my entire department received, but I also believed it was no longer in my best interest to raise concerns to HR. The proper procedures set in place by PVCHC were followed. My inquiries and concerns were disregarded.

I have supporting evidence from Cassidy Palermo, stating I would receive the 4% raise promised by Senior Leadership. I also have correspondence from Patricia Northern stating Brian Janik was interviewed by his peers, however, I would be interviewed by the employees I managed at Rio Grande Health Center. When I raised concerns regarding the appropriateness of what she required for me to go back to Care Management, she stated "It happens." This conversation was before March 22nd. I felt I had

June 15, 2023

Matthew Nitta
U.S. Equal Opportunity Commission
Denver District Office
950 17th St., Suite 300
Denver CO 80202

RE: Pass Vista Community Health Center Position Statement
EEOC Charge: 541-2023-00136

Mr. Nitta,

I would like to start by thanking all parties involved for taking the time to respond. Below you will find my rebuttal.

Rebuttal to Position Statement

On more than one occasion I reached out to Ms. Jo Wolskie regarding various concerns I had after being prompted to do so by my manager at the time, Lusbanda Litoral. Not only was Ms. Wolskie dismissive of my inquiries, but she also refused to explain only I was receiving the answers she was giving. Regarding the 4% raise that was given to non-exempt employees, she told me that my new position as Care Manager was not raise and that I was considered a "below the 6%" employee, therefore my pay was below the period salary range. When I politely disagreed with her, she told me she had "nothing more to say regarding the matter, do you understand?" Not only was I denied the raise my entire department received, but I also believed it was in my best interest to raise my concerns to HR. The proper procedures set in place by PVCHC were followed. My complaints and concerns were disregarded.

I have supporting evidence from Cassidy Valencia, stating I would receive the 4% raise promised by Senior Leadership. I also have correspondence from Patrick Northern stating Brian Janik was interviewed by his peers, however I would not be interviewed for the employees I managed at Rio Grande Health Center. When I raised extra concerns regarding the appropriateness of what she required for me to go back to Care Management, she stated "it happens". This conversation was before March 22nd. I felt I had

no choice but to withdraw my application due to the inconsistency Ms. Northern was showing in her treatment of me versus Mr. Janik.

Furthermore, Ms. Northern stated I had no experience working with persons experiencing homelessness, when in fact I had been a Care Manager for the Rio Grande Health Center (which specifically catered to the homeless population), Health Center at Wahsatch (which also serves the homeless population), Women's Health Center and Health Center at Fountain while sharing the caseload for the Health Center at International Circle. When I let Ms. Northern know I had been the Care Manager at Rio Grande, she did not acknowledge it, nor did she retract what she was requiring of me.

Please keep in mind that the titles of these positions have changed. I am referring to what they were before the restructuring went into effect in May 2022.

While I acknowledge that PVCHC believes they are an Equal Opportunity Employer and follow the regulations set in place for FQHCs, the hardships I faced prove otherwise.

After the way Suzan W. spoke to me, and dismissed my questions and concerns, I felt it was no longer in my best interest to voice any concerns. I was underpaid, labeled a "below meets" employee, and talked to in a hostile manner. I needed my job; I enjoyed working within the community and that was evident in my performance.

I agree that PVCHC has a diverse workforce, however, most of that diversity lies within the Hispanic community. PV failed to specify the breakdown of said diversity, especially regarding employees of African American and Asian descent.

**Please note**: Every charge made against PVCHC can and is backed up by documentation.

Thank you for allowing me the opportunity to reply.

Respectfully,

Heather Johnson (Foster), MBA

no choice but to withdraw my application due to the inconsistency. Ms. Northem was showing in her treatment of me versus Mr. Janji.

Furthermore, Ms. Northem stated I had no experience working with persons experiencing homelessness, when in fact I had been a Care Manager for the Rio Grande Health Center (which specifically caters to the homeless population), Health Center at Wasatch (which also serves the homeless population), Women's Health Center and Health Center at Fountain while sharing the caseload for the Health Center at International Circle. When I let Ms. Northem know I had been the Care Manager at Rio Grande, she did not acknowledge it, not did she reflect what she was requiring of me.

Please keep in mind that the titles of these positions have changed. I am referring to what they were before the restructuring went into effect in May 2022.

While I acknowledge that PVCHC believes they are an Equal Opportunity Employer and follow the regulations set in place for FQHCs, the hardships I faced prove otherwise.

After the way Susan Wilcins spoke to me, and divulged my questions and concerns, I felt it was no longer in my best interest to voice any concerns. I was underpaid, labeled a "below meets" employee, and talked to in a hostile manner. I needed my job, I enjoyed working within the community and that was evident in my performance.

I agree that PVCHC has a diverse workforce; however, most of that diversity lies within the Hispanic community. PV failed to specify the breakdown of said diversity especially regarding employees of African American and Asian descent.

Please note: Every charge made against PVCHC can and is backed up by documentation

Thank you for allowing me the opportunity to reply.

Respectfully,

Reather Johnson (Foster), MBA

Exhibit 2

24cv475

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

NOV 1 3 2024

## Healthcare jobs I have applied for:

DATE FILED:
November 13, 2024 4:30 PM
CASE NUMBER:

| | |
|---|---|
| Population Health Performance Specialist- University of Colorado Medicine | November 15, 2022 |
| Care Coordination Specialist- UCHealth | November 16, 2022 |
| Project Manager- UCH | November 18, 2023 |
| Client Relationship Manager- Advocate RCM | November 22, 2022 |
| Disease Intervention Clinical Specialist- Denver Health | November 22, 2022 |
| Practice Manager- Vera Whole Health | November 23, 2022 |
| Compliance Specialist- Children's Hospital Colorado | November 29, 2022 |
| Coord Program- UCHealth | December 14, 2022 |
| Medical Staff Coord- UCHealth | December 14, 2022 |
| Healthcare Operations Manager- Serenity Health | December 23, 2022 |
| Care Coordinator- Silver Key Senior Service, Inc. | December 23, 2022 |
| Palliative Care Navigator- Pikes Peak Hospice & Palliative Care | December 30, 2022 |
| Mgr Clinic Operations- UCHealth | January 2, 2023 |
| Clinical Manager- TRU Community Care | January 5, 2023 |
| Radiology Practice Coordinator- Radiology Business Solutions | January 9, 2023 |
| Clinical Supervisor-Private Duty Home Care- SimiTree Talent Solutions | January 9, 2023 |
| Hospice & Home Health Community Liaison / Marketer- Optimal Hospice Care | Jan 10, 2023 |
| Radiology Practice Coordinator- Radiology Business Solutions | January 11, 2023 |
| Healthcare Manager- Zynex Medical | January 11, 2023 |
| Day Center Manager- Rocky Mountain Health Care Services | January 11, 2023 |
| Professional Healthcare Rep- Imagine Choice | January 12, 2023 |
| Outreach Liaison Cancer Center- Centura Health | January 12, 2023 |
| Patient Access Rep Lead- Centura Health | January 12, 2023 |
| Hospice Care Consultant- New Century Hospice | January 12, 2023 |
| Clinical Case Manager- Mile High Behavioral Healthcare | January 14, 2023 |
| Community Liaison- Pikes Peak Hospice and Palliative Care | January 18, 2023 |
| Crisis Services Coordinator- The Blue Bench | January 20, 2023 |
| Associate Clinic Administrator- Family Care Center, PLLC | January 22, 2023 |

| | |
|---|---|
| Director of Case Management- North Suburban Medical Center | January 23, 2023 |
| Operations & Housing Director- Ithaka Housing | January 23, 2023 |
| Director of Case Management- North Suburban Medical Center | January 23, 2023 |
| Fertility Care Advocate- Oma Robotics | January 25, 2023 |
| Business Coordinator- Health Initiatives | January 25, 2023 |
| Outreach Worker/Homelessness Services- Homeward Pikes Peak | January 25, 2023 |
| Case Manager/Outreach/Employment/Passenger Van Driver- Housed Working and Healthy | January 25, 2023 |
| Facilitator (High Fidelity Wraparound)- Pikes Peak Respite Services | January 25, 2023 |
| Supervisor Clinic Practice- Centura Health | January 31, 2023 |
| Resident Care Coordinator – Retirement Community | February 11, 2023 |
| Clubhouse Generalist- Diversus Health | February 24, 2023 |
| Plasma Center Operations Manager Trainee- Grifols | February 24, 2023 |
| Site Director- Community Health Partnership | May 5, 2023 |
| LGBTQIA2+ Health Equity Manager- Community Health Partnership | May 5, 2023 |
| EHR Manager- Diversus Health | May 5, 2023 |
| Medicaid Specialist- Beecan Health | May 5, 2023 |
| Case Manager- Diversus Health | May 19, 2023 |
| Crisis Prevention & Intervention Trainer- UCHealth | June 4, 2023 |
| Medical Practice Manager- Flagship Health | June 21, 2023 |
| Supervisor Clinic Practice- Penrose Hospital | July 6, 2023 |
| Administrator- Peak Surgery Center | July 17, 2023 |
| Client Care Coordinator- Advanced Behavioral Health, Inc. | July 18, 2023 |
| Medicaid Specialist- Advanced Behavioral Health, Inc. | July 28, 2023 |
| Coord Community Programs- UCHealth | July 28, 2023 |
| Program and Outreach Manager- Community Health Partnership | July 29, 2023 |
| Specialist - Community and Indigenous Relations- Innergex | July 29, 2023 |
| Provider Activation- Humana | August 1, 2023 |
| Shelter Manager- The Place | August 2, 2023 |
| Clinical Care Manager-Adult Behavioral Health- Rocky Mtn Human Services | Aug 11, 2023 |

| Position | Date |
|---|---|
| Director of Case Management- North Suburban Medical Center | January 22, 2023 |
| Operations Housing Director- Urbana Housing | January 23, 2023 |
| Director of Case Management- North Suburban Medical Center | January 23, 2023 |
| Phlebotomist Apprentice - Gcal Robotics | January 25, 2023 |
| Business Consultant - Health Initiatives | January 25, 2023 |
| Outreach Worker/Homelessness Spec... Homewerks Pikes Peak | January 25, 2023 |
| Case Manager/Human Development Services ... River House Works and Homes | January 25, 2023 |
| Facilitator- Youth Forest VR Consultant- Pikes Peak Prairie Services | January 28, 2023 |
| Supervisor Clinic Practice - Centura Health | January 31, 2023 |
| Bilingual Care Coordinator - Retirement Community | February 11, 2023 |
| Outreach Generalist- Clinica Health | February 24, 2023 |
| Home Center Operations Manager- Trustee- Gerbis | February 24, 2023 |
| Site Director- Community Health Partnership | May 5, 2023 |
| LGBTQIA2+ Health Equity Manager- Community Health Partnership | May 5, 2023 |
| EHR Manager- Diversus Health | May 5, 2023 |
| Medical Supervisor- Beacon Health | May 5, 2023 |
| Case Manager- Diversus Health | May 16, 2023 |
| Crisis Prevention & Intervention Trainer- UC Health | June 4, 2023 |
| Medical Practice Manager- Flagship Health | June 21, 2023 |
| Supervisor Clinic Practice- Penrose Hospital | July 8, 2023 |
| Administrator- Peak Recovery Center | July 11, 2023 |
| Client Care Coordinator- Advanced Behavioral Health Inc | July 18, 2023 |
| Medical Scribe- AllHealth A Way of Behavioral Health, Inc | July 26, 2023 |
| Doula Coordinator Program- UCHealth | July 26, 2023 |
| Program Manager- Care Manager- Community Health Partnership | July 26, 2023 |
| Specialist- Consultant and Therapist Bi-Phone-xhlax | July 26, 2023 |
| Provider/Volunteer- Humane | August 1, 2023 |
| Shelter Manager- The Place | August 2, 2023 |
| Clinical Care Manager-Adult Foster Care Home- Rocky Mtn Human Services | August 31, 2023 |

☐ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

| | |
|---|---|
| District Court EL PASO _____ County, Colorado<br>Court Address:<br>270 S. Tejon Street  Colorado Springs, CO  80903 | DATE FILED<br>November 13, 2024 4:32 PM<br>CASE NUMBER: 2024CV475<br>DISTRICT COURT, EL PASO DISTRICT AND<br>SUPERIOR COURTS OF<br>EL PASO COUNTY, COLORADO<br><br>NOV 1 3 2024<br><br>SHERI KING<br>CLERK OF COURT<br>▲ COURT USE ONLY ▲ |
| Plaintiff(s): Heather Johnson<br>v.<br>Defendant(s): Peak Vista Community Health Centers | |
| Attorney or Party Without Attorney (Name and Address):<br>Heather Johnson<br>6315 Dewsbury Drive  Colorado Springs, CO 80918<br>Phone Number: (719) 437-4054        E-mail: mbahmjohnson95@gmail.com<br>FAX Number:                                Atty. Reg. #: | Case Number:<br><br>24CV475<br><br>DIV 8 |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   ☑ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

   > By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

   **Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

Date: ___11/13/2024___

_Heather _____
**Signature of Party**

Date: _____

_____
**Signature of Attorney for Party (if any)**_____

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

State of Colorado
County of El Paso
Case Number: 24CV475

Return of Service

Plaintiffs
HEATHER M JOHNSON

vs.

Defendants
PEAK VISTA COMMUNITY HEALTH
CENTERS

DATE FILED
November 19, 2024 12:22 PM
FILED IN THE DISTRICT AND
CASE NUMBER 2024CV475 COURTS OF
EL PASO COUNTY, COLORADO

NOV 1 9 2024

SHERI KING
CLERK OF COURT

DEPUTY DANIEL LEBARON is sworn upon oath to be over the age of eighteen years; is not a
party to the within action; is an employee of the Sheriff's Office in and for the County of El
Paso, State of Colorado; and has duly served the within

SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET

by handing to and leaving same with AMY ROBERTS who is VICE PRESIDENT OF HR to PEAK
VISTA COMMUNITY HEALTH CENTERS.

| PERSON TO BE SERVED | PLACE OF SERVICE | DATE AND TIME |
|---|---|---|
| PEAK VISTA COMMUNITY HEALTH CENTERS | 3205 NORTH ACADEMY BOULEVARD STE 100 COLORADO SPRINGS, CO 80917 | 11/15/2024 12:30 PM |

Sheriff Costs:   $45.70

Service Number:   24008463

JOSEPH ROYBAL, SHERIFF

DEPUTY DANIEL LEBARON

CO_ElPaso_POS_Substitute Service  TM 11/18/2024 8:16 AM

24-8463

| District Court, EL PASO County, Colorado | |
|---|---|
| Court Address: 270 South Tejon<br>Colorado Springs, CO 80903 | |
| Plaintiff Heather M. Johnson<br>v.  6315 Dewsbury Dr,<br>Colorado Springs, CO 80918 | ▲   **COURT USE ONLY**   ▲ |
| Defendant: Peak Vista Community Health Centers<br>3205 N Academy Blvd Ste 100<br>Colorado Springs, CO 80917 | Case Number:<br>24CV475 |
| | Division: 8    Courtroom: |

## DISTRICT COURT CIVIL SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** Peak Vista Community Health Centers

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: 11/13/2024

Clerk of Court/Clerk

Signature of Plaintiff

6315 Dewsbury Dr
Address of Plaintiff

Colorado Springs, CO 809

(719) 437-4054
Plaintiff's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

**TO THE CLERK:** If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600   R10-13   DISTRICT COURT CIVIL SUMMONS

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, STATE OF COLORADO;<br><br>270 S. Tejon Street<br>Colorado Springs, CO 80903 | DATE FILED<br>December 6, 2024 1:42 PM<br>FILING ID: 2A9EDE0B394EF<br>CASE NUMBER: 2024CV475 |
| **Plaintiff(s):**<br>Heather M. Johnson,<br><br>v.<br><br>**Defendant(s):**<br>Peak Vista Community Health Centers | ▲COURT USE ONLY▲ |
| **Attorney for Peak Vista Community Health Centers**<br>Danyelle Semjonovs, Esq.<br>HALL & EVANS, LLC<br>1001 17th Street, Suite 300<br>Denver, Colorado 80202<br>Telephone: (303) 628-3300<br>semjonovsd@hallevans.com | **Case No.:**<br>2024CV000475<br><br>**Division:** 8 |
| **ENTRY OF APPEARANCE OF DANYELLE SEMJONOVS** | |

PLEASE TAKE NOTICE that Danyelle Semjonovs, Esq. of the law firm of Hall & Evans, L.L.C., hereby enters her appearance as counsel for Defendant, Peak Vista Community Health Centers.

Respectfully submitted this 6th day of December, 2024.

*s/ Danyelle Semjonovs*
Danyelle Semjonovs, Esq
of HALL & EVANS, LLC
*Attorney for Defendant*

<u>**CERTIFICATE OF SERVICE [CCEFS]**</u>

I hereby certify that on December 6, 2024, a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF DANYELLE SEMJONOVS** was filed with the Court via *Colorado Courts E-Filing Service*, and served via email upon the following non-CCEFS participant:

Heather M. Johnson
6315 Dewsbury Dr.
Colorado Springs, CO 80918
(719) 437-4054
Mbahmjohnson95@gmail.com
*Pro Se Plaintiff*

*s/ Erica Cameron*
Erica Cameron, Legal Assistant

*\*In accordance with C.R.C.P. 121 § 1-26(7)-(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*