**EXHIBIT D**

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, STATE OF COLORADO<br>270 S. Tejon Street<br>Colorado Springs, CO 80903 | |
| **Plaintiff:** HEATHER M. JOHNSON,<br><br>v.<br><br>**Defendant:** PEAK VISTA COMMUNITY HEALTH CENTERS. | ▲ COURT USE ONLY ▲ |
| **Attorneys for Defendants Peak Vista Community Health Centers**<br>Danyelle Semjonovs, #56226<br>Matthew J. Hegarty, #42478<br>HALL & EVANS, L.L.C.<br>1001 17th Street, Suite 300<br>Denver, CO 80202<br>T: 303-628-3300<br>hegartym@hallevans.com<br>semjonovsd@hallevans.com | Case No.: 2024CV000475<br><br>Division: 8 |
| **DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** | |

Defendant Peak Vista Community Health Centers, via counsel, HALL & EVANS, L.L.C., hereby gives notice it has removed this action to the United States District Court for the District of Colorado, pursuant to the "Notice of Removal" without exhibits attached hereto as **Exhibit A**. This Court is divested of jurisdiction over this case and should take no further action on this case pending further notification from the United States District Court for the District of Colorado.

Dated and respectfully submitted this 6th day of December, 2024.

*s/ Danyelle Semjonovs*
Danyelle Semjonovs, #56226
Matthew J. Hegarty, #42478
of HALL & EVANS, L.L.C.
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, the foregoing **DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** was electronically filed with the Court via *Colorado Courts E-Filing Service*, and served via email upon the following non-CCEFS participant:

Heather M. Johnson
6315 Dewsbury Dr.
Colorado Springs, CO 80918
(719) 437-4054
Mbahmjohnson95@gmail.com
***Pro Se Plaintiff***

*s/ Vickie Ray*
Vickie Ray, Legal Assistant
Hall & Evans, L.L.C.

*\* In accordance with C.R.C.P. 121 § 1-26(7)–(9), a printed copy of this document with original signatures is being maintained by this Office and will be made available for inspection by other parties or the Court upon request.*