IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 24–cv–03398–CNS–MDB

HEATHER JOHNSON,

    Plaintiff,

v.

PEAK VISTA COMMUNITY HEALTH CENTERS,

    Defendant.

**ORDER GRANTING IN PART DEFENDANT'S MOTION TO COMPEL DISCOVERY PURSUANT TO RULE 37**

THIS MATTER comes before the Court on Defendant Peak Vista Community Health Center's Motion to Compel Discovery Pursuant to Rule 37 (Doc. No. 47). The Court, having reviewed the Motion, and any response thereto, and being apprised of the premises, **GRANTS** Defendant's Motion **IN PART AND DENIES IT IN PART**.

It is **ORDERED**, on or before **August 29, 2025**, Plaintiff shall produce complete written Answers and Responses to Defendant's First Set of Written Discovery Requests and execute its discovery releases. The Court understands Plaintiff's privacy concerns, but notes a Protective Order has entered in this case (Doc. No. 40) and Plaintiff can avail herself of those protections.

The Court denies the portion of the Motion seeking sanctions. *See generally* D.C.COLO.LCivR 54.3. However, the Court reminds Plaintiff of the importance of complying

with all discovery obligations and Court orders. Failure to comply may subject her to monetary and other sanctions in the future.

Dated this 12th day of August, 2025.

**BY THE COURT:**

_____
Maritza Dominguez Braswell
United States Magistrate Judge

2