IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03398-CNS-MDB

**HEATHER JEFFERSON,**
Plaintiff,

v.

**PEAK VISTA COMMUNITY HEALTH CENTERS,**
Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Heather Jefferson, pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby gives notice that she voluntarily dismisses

this action **without prejudice**.

Respectfully submitted,

Dated: August 26, 2025

---

Heather Jefferson
Pro Se Plaintiff
6050 Tuckerman Ln
Colorado Springs, CO 80918
719/437-4054
mbahmjohnson95@gmail.com